UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RANDY JONES,                )
                            )
        Plaintiff,           )
                            )
v.                          )
                            )       **JUDGMENT**
CUMBERLAND COUNTY           )
MUNICIPALITY,               )       No. 5:14-CV-550-FL
                            )
        Defendant.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge subsequent to review of the plaintiff's complaint pursuant to 28 U.S.C. § 1915(e).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 28, 2015, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on May 28, 2015, and Copies To:**
Randy Jones (via U.S. Mail) Southern Correctional Institution, 272 Glen Road, Troy, NC 27371

May 28, 2015                JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk